UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ALLEN P. MOYER
JOLYNN R. MOYER
                                                    : Bankruptcy No. 17-13240REF
           Debtor(s)                               : Chapter 13

                                 * * * * * * *
                                                   **HEARING TO BE HELD:**
                                                   **Date: November 9, 2017**
                                                   **Time: 9:00 a.m.**
                                                   **Place: United States**
                                                          **Bankruptcy Court**
                                                          **Courtroom #1, 3rd Floor**
                                                          **400 Washington Street**
                                                          **Reading, PA 19601**
                                    * * * * * * *

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

   Frederick L. Reigle, Esq., Standing Chapter 13 Trustee, has filed Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

   YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before October 31, 2017  you or your attorney must do ALL of the following:

       (a) file an answer explaining your position at

            U.S. Bankruptcy Court
            Clerk's Office
            United States Courthouse
            400 Washington Street
            Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

>Lisa M. Ciotti, Esq.
>for
>Frederick L. Reigle, Esq.,
>Standing Chapter 13 Trustee
>2901 St. Lawrence Avenue
>P. O. Box 4010
>Reading, Pennsylvania 19606
>Telephone: (610) 779-1313
>Fax: (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on November 9, 2017 at 9:00 a.m., in Courtroom #1, 3rd Floor, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date: October 17, 2017.