# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ALLEN MOYER  :
      AND JOLYNN MOYER  :  Bankruptcy No.17-13240-REF
   :
   :
   :  Chapter 13
      Debtors  :

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

   $ __3,500.00__ for attorney's fees
   $ __0.00__ for expenses
   $ __3,500.00__ TOTAL for fees AND expenses
   LESS $ __1,250.00__ credit for funds already received; equals
   $ __2,250.00__ BALANCE DUE

**Date: December 27, 2017**

ENTERED: _____       _____
                                                                           J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor