United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-13240-ref
Allen P Moyer                                                            Chapter 13
Jolynn R Moyer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR              Page 1 of 1           Date Rcvd: Dec 27, 2017
                            Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
db/jdb          Allen P Moyer,    Jolynn R Moyer,    123 Main St,    Mertztown, PA  19539-9653

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 28 2017 00:55:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Jolynn R Moyer feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Debtor Allen P Moyer feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ALLEN MOYER           :
       AND JOLYNN MOYER      :     Bankruptcy No.17-13240-REF
                                               :
                                               :
                                               :     Chapter 13
              Debtors                    :

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

    $ _____3,500.00_____ for attorney's fees
    $ _____0.00_____ for expenses
    $ _____3,500.00_____ TOTAL for fees AND expenses
LESS $ _____1,250.00_____ credit for funds already received; equals
    $ _____2,250.00_____ BALANCE DUE

**Date: December 27, 2017**

ENTERED: _____         _____
                                                                                                                                                        J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor