United States Bankruptcy Court
Eastern District of Pennsylvania, Reading Division

IN RE:                                                                                              Case No. **4:17-bk-13240**

**Moyer, Allen P & Moyer, Jolynn R**                                                                Chapter **13**
                         Debtor(s)

## MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on **5/05/2017**.

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

WHEREFORE, the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this **31st** day of **January**, **2018**.

/s/ Allen P Moyer                    _____
                                     Signature of Debtor

/s/                                  _____
                                     Signature of Joint Debtor (if any)

© 2018 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)