United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-13240-ref
Allen P Moyer                                                           Chapter 13
Jolynn R Moyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR               Page 1 of 2              Date Rcvd: Feb 01, 2018
                               Form ID: pdf900           Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db/jdb         Allen P Moyer,    Jolynn R Moyer,    123 Main St,    Mertztown, PA 19539-9653
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13914164      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
13965327      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914166       Citi Cards,    701 E 60th St N,    Sioux Falls, SD 57104-0432
13914167       Comenity Bank/Lane Bryant,    PO Box 182789,    Columbus, OH 43218-2789
13914168       Complete Professional RE,    PO Box 12174 Box 12174,    Wichita, KS 67277-2174
13914169       Cp/Bon Ton,    PO Box 182789,    Columbus, OH 43218-2789
13914170       Debt Management Center,    PO Box 489 Box 489,    Flemington, NJ 08822-0489
13914173       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13914174       Freedom Debt Relief, LLC,    4940 S Wendler Dr,    Tempe, AZ 85282-6320
13914176       LCA,    PO Box 2240 Box 2240,    Burlington, NC 27216-2240
13914175       Laboratory Corp of America Holdings,    PO Box 2240,    Burlington, NC 27216-2240
13914177       Lehigh Valley Health Network,    Box 8500, #7821,    Philadelphia, PA 19178-8500
13914178       Medical Imaging Of LV,    PO Box 3226,    Allentown, PA 18106-0226
13914179       Peerless Credit Services,    PO Box 518,    Middletown, PA 17057-0518
13914180       Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA 17108-0988
13936786      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
13914181       Pennymac Loan Services,    PO Box 514387,    Los Angeles, CA 90051-4387
13914182       Private National Mortgage,    PO Box 514387 Box 514387,    Los Angeles, CA 90051-4387
13914183       St Lukes Hospital Allentown Campus,    PO Box 8500 Lockbox #8642,    Philadelphia, PA 19178-8500
13914184       St Lukes Physician Group,    PO Box 8500 Box 4096,    Philadelphia, PA 19178-8500
13914188       TD Bank USA/Target Credit,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
13914189       THD,    PO Box 6497,    Sioux Falls, SD 57117-6497
13929435      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13940395       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
               St. Louis MO 63166-0108
13914171      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   Elan Financial Services,    777 E Wisconsin Ave,
               Milwaukee, WI 53202-5300)
13914190       Upper Perk Family Dental,    2771 Geryville Pike,    Pennsburg, PA 18073-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: robertsl2@dnb.com Feb 02 2018 04:42:19     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2018 04:42:08
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2018 04:42:24     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13914162       E-mail/Text: bkrpt@retrievalmasters.com Feb 02 2018 04:42:13     AMCA,    PO Box 1235,
               Elmsford, NY 10523-0935
13914163       E-mail/Text: bankruptcy@acbhq.com Feb 02 2018 04:41:46     American Credit Bureau,
               PO Box 4545,    Boynton Beach, FL 33424-4545
13939778       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 02 2018 04:39:17
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
               Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
13914165       E-mail/Text: banko@berkscredit.com Feb 02 2018 04:41:47     Berks Credit & Collection,
               PO Box 329,    Temple, PA 19560-0329
13986659       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 04:45:09
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13914803      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2018 05:00:14
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13991974       E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2018 04:41:49
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13914185       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 04:39:02     Syncb/Lowes,    Box 965005,
               Orlando, FL 32896-5005
13914186       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 04:39:29     Syncb/Old Navy,    Box 965005,
               Orlando, FL 32896-5005
13914187       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 04:39:02     Syncb/Tjx,    PO Box 965015,
               Orlando, FL 32896-5015
13996204      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2018 04:39:02     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13994548      +E-mail/Text: bncmail@w-legal.com Feb 02 2018 04:42:19     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13967140       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2018 04:54:26     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838

```
District/off: 0313-4              User: SaraR                  Page 2 of 2                   Date Rcvd: Feb 01, 2018
                                  Form ID: pdf900              Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                     TOTAL: 16
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13914172*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Elan Financial Services,    PO Box 108 Box 108,
               Saint Louis, MO  63166-0108)
                                                                                          TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Allen P Moyer feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Jolynn R Moyer feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

United States Bankruptcy Court
Eastern District of Pennsylvania, Reading Division

IN RE:                                                                 Case No. **4:17-bk-13240**

Moyer, Allen P & Moyer, Jolynn R                                       Chapter **13**
                        Debtor(s)

## MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above named Debtor(s) requests this court to convert this case under Chapter 13 to a case under Chapter 7, and as grounds states as follows:

1. An order for relief under Chapter 13 of the Bankruptcy Code was entered on **5/05/2017**.

2. Debtor is eligible to be a debtor under Chapter 7 of the Code and desires to convert this case to a case under that chapter.

**WHEREFORE,** the debtor prays for this court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

Dated this **31st** day of **January**, **2018**.

/s/ Allen P Moyer                    _____
                                     Signature of Debtor

/s/                                  _____
                                     Signature of Joint Debtor (if any)