United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13240-ref
Allen P Moyer                                                         Chapter 7
Jolynn R Moyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa                Page 1 of 2              Date Rcvd: Feb 02, 2018
                             Form ID: 309A             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db/jdb         Allen P Moyer,    Jolynn R Moyer,    123 Main St,    Mertztown, PA 19539-9653
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13965327      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914168       Complete Professional RE,    PO Box 12174 Box 12174,    Wichita, KS 67277-2174
13914170       Debt Management Center,    PO Box 489 Box 489,    Flemington, NJ 08822-0489
13914173       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13914174       Freedom Debt Relief, LLC,    4940 S Wendler Dr,    Tempe, AZ 85282-6320
13914176       LCA,    PO Box 2240 Box 2240,    Burlington, NC 27216-2240
13914175       Laboratory Corp of America Holdings,    PO Box 2240,    Burlington, NC 27216-2240
13914177       Lehigh Valley Health Network,    Box 8500, #7821,    Philadelphia, PA 19178-8500
13914178       Medical Imaging Of LV,    PO Box 3226,    Allentown, PA 18106-0226
13914179       Peerless Credit Services,    PO Box 518,    Middletown, PA 17057-0518
13914180       Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA 17108-0988
13936786      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
13914181       Pennymac Loan Services,    PO Box 514387,    Los Angeles, CA 90051-4387
13914182       Private National Mortgage,    PO Box 514387 Box 514387,    Los Angeles, CA 90051-4387
13914183       St Lukes Hospital Allentown Campus,    PO Box 8500 Lockbox #8642,    Philadelphia, PA 19178-8500
13914184       St Lukes Physician Group,    PO Box 8500 Box 4096,    Philadelphia, PA 19178-8500
13914189       THD,    PO Box 6497,    Sioux Falls, SD 57117-6497
13929435      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13940395       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
               St. Louis MO 63166-0108
13914190       Upper Perk Family Dental,    2771 Geryville Pike,    Pennsburg, PA 18073-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: feldmanfiling@rcn.com Feb 03 2018 01:37:32     LYNN E. FELDMAN,
               Feldman Law Offices,    221 N. Cedar Crest Boulevard,    Allentown, PA 18104
tr            +EDI: QRHHOLBER.COM Feb 03 2018 01:28:00      ROBERT H. HOLBER,   Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg           +E-mail/Text: robertsl2@dnb.com Feb 03 2018 01:38:02     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2018 01:37:53
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2018 01:38:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 03 2018 01:37:58     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13914162       EDI: RMCB.COM Feb 03 2018 01:28:00      AMCA,   PO Box 1235,    Elmsford, NY 10523-0935
13914163       E-mail/Text: bankruptcy@acbhq.com Feb 03 2018 01:37:37     American Credit Bureau,
               PO Box 4545,    Boynton Beach, FL 33424-4545
13939778       EDI: RESURGENT.COM Feb 03 2018 01:28:00     Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13914164       EDI: BANKAMER.COM Feb 03 2018 01:28:00      Bank of America,   PO Box 982235,
               El Paso, TX 79998-2235
13914165       E-mail/Text: banko@berkscredit.com Feb 03 2018 01:37:38     Berks Credit & Collection,
               PO Box 329,    Temple, PA 19560-0329
13914166       EDI: CITICORP.COM Feb 03 2018 01:28:00      Citi Cards,   701 E 60th St N,
               Sioux Falls, SD 57104-0432
13914167       EDI: WFNNB.COM Feb 03 2018 01:28:00      Comenity Bank/Lane Bryant,    PO Box 182789,
               Columbus, OH 43218-2789
13914169       EDI: WFNNB.COM Feb 03 2018 01:28:00      Cp/Bon Ton,   PO Box 182789,    Columbus, OH 43218-2789
13986659       EDI: PRA.COM Feb 03 2018 01:28:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA 23541
13914803      +EDI: PRA.COM Feb 03 2018 01:28:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13991974       EDI: Q3G.COM Feb 03 2018 01:28:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA 98083-0788
14049985       EDI: DRIV.COM Feb 03 2018 01:28:00      Santander Consumer USA,    PO Box 961245,
               Fort Worth, TX 76161-0244
13914185       EDI: RMSC.COM Feb 03 2018 01:28:00      Syncb/Lowes,   Box 965005,    Orlando, FL 32896-5005
13914186       EDI: RMSC.COM Feb 03 2018 01:28:00      Syncb/Old Navy,   Box 965005,    Orlando, FL 32896-5005
13914187       EDI: RMSC.COM Feb 03 2018 01:28:00      Syncb/Tjx,   PO Box 965015,    Orlando, FL 32896-5015
13996204      +EDI: RMSC.COM Feb 03 2018 01:28:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13994548      +E-mail/Text: bncmail@w-legal.com Feb 03 2018 01:38:02     TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Feb 02, 2018
                              Form ID: 309A              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13914188        EDI: WTRRNBANK.COM Feb 03 2018 01:28:00      TD Bank USA/Target Credit,    3701 Wayzata Blvd,
                 Minneapolis, MN  55416-3401
13914171        EDI: USBANKARS.COM Feb 03 2018 01:28:00      Elan Financial Services,    777 E Wisconsin Ave,
                 Milwaukee, WI  53202-5300
13914172        EDI: USBANKARS.COM Feb 03 2018 01:28:00      Elan Financial Services,    PO Box 108 Box 108,
                 Saint Louis, MO  63166-0108
13967140        EDI: AIS.COM Feb 03 2018 01:28:00      Verizon,    by American InfoSource LP as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
```
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Allen P Moyer feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Jolynn R Moyer feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 8
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Allen P Moyer** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–2251 <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Jolynn R Moyer** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | xxx–xx–4481 <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter 13 | 5/5/17 |
| Case number: | 17–13240–ref | Date case converted to chapter 7 | 2/1/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Allen P Moyer | Jolynn R Moyer |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 123 Main St <br> Mertztown, PA 19539–9653 | 123 Main St <br> Mertztown, PA 19539–9653 |
| 4. | **Debtor's attorney** <br> Name and address | LYNN E. FELDMAN <br> Feldman Law Offices <br> 221 N. Cedar Crest Boulevard <br> Allentown, PA 18104 | Contact phone (610) 530–9285 <br> Email:  feldmanfiling@rcn.com |
| 5. | **Bankruptcy trustee** <br> Name and address | ROBERT H. HOLBER <br> Robert H. Holber PC <br> 41 East Front Street <br> Media, PA 19063 | Contact phone (610) 565–5463 <br> Email:  trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** | 400 Washington Street | Office Hours: Philadelphia Office |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Suite 300<br>Reading, PA 19601 | –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 2/2/18 |

| 7. **Meeting of creditors** | **March 12, 2018 at 11:30 AM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **544 Court Street, Reading, PA 19601** |

| 8. **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. |
|---|---|
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 5/11/18** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
|  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|
| Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                                 page **2**