United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13240-ref
Allen P Moyer                                                       Chapter 7
Jolynn R Moyer
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR           Page 1 of 2         Date Rcvd: May 25, 2018
                             Form ID: 318          Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.
```
db/jdb         Allen P Moyer,    Jolynn R Moyer,    123 Main St,    Mertztown, PA  19539-9653
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13965327      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX  79998-2284
13914168       Complete Professional RE,    PO Box 12174 Box 12174,    Wichita, KS  67277-2174
13914170       Debt Management Center,    PO Box 489 Box 489,    Flemington, NJ  08822-0489
13914173       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ  08054-7388
13914174       Freedom Debt Relief, LLC,    4940 S Wendler Dr,    Tempe, AZ  85282-6320
13914176       LCA,    PO Box 2240 Box 2240,    Burlington, NC  27216-2240
13914175       Laboratory Corp of America Holdings,    PO Box 2240,    Burlington, NC  27216-2240
13914177       Lehigh Valley Health Network,    Box 8500, #7821,    Philadelphia, PA  19178-8500
13914178       Medical Imaging Of LV,    PO Box 3226,    Allentown, PA  18106-0226
13914179       Peerless Credit Services,    PO Box 518,    Middletown, PA  17057-0518
13914180       Penn Credit Corp,    PO Box 988 916 S 14th St.,    Harrisburg, PA  17108-0988
13936786      +PennyMac Loan Services, LLC,    6101 Condor Drive, Suite 200,    Moorpark, CA 93021-2602
13914181       Pennymac Loan Services,    PO Box 514387,    Los Angeles, CA  90051-4387
13914182       Private National Mortgage,    PO Box 514387 Box 514387,    Los Angeles, CA  90051-4387
13914183       St Lukes Hospital Allentown Campus,    PO Box 8500 Lockbox #8642,    Philadelphia, PA  19178-8500
13914184       St Lukes Physician Group,    PO Box 8500 Box 4096,    Philadelphia, PA  19178-8500
13914189       THD,    PO Box 6497,    Sioux Falls, SD  57117-6497
13929435      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13940395       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
               St. Louis MO 63166-0108
13914190       Upper Perk Family Dental,    2771 Geryville Pike,    Pennsburg, PA  18073-2306
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRHHOLBER.COM May 26 2018 05:48:00      ROBERT H. HOLBER,    Robert H. Holber PC,
               41 East Front Street,    Media, PA 19063-2911
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 26 2018 01:55:01
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 26 2018 01:55:26      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13914162       EDI: RMCB.COM May 26 2018 05:48:00      AMCA,    PO Box 1235,    Elmsford, NY  10523-0935
13914163       E-mail/Text: bankruptcy@acbhq.com May 26 2018 01:54:37      American Credit Bureau,
               PO Box 4545,    Boynton Beach, FL  33424-4545
13939778       EDI: RESURGENT.COM May 26 2018 05:48:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13914164       EDI: BANKAMER.COM May 26 2018 05:48:00      Bank of America,    PO Box 982235,
               El Paso, TX  79998-2235
13914165       E-mail/Text: banko@berkscredit.com May 26 2018 01:54:38      Berks Credit & Collection,
               PO Box 329,    Temple, PA  19560-0329
13914166       EDI: CITICORP.COM May 26 2018 05:48:00      Citi Cards,    701 E 60th St N,
               Sioux Falls, SD  57104-0432
13914167       EDI: WFNNB.COM May 26 2018 05:48:00      Comenity Bank/Lane Bryant,    PO Box 182789,
               Columbus, OH  43218-2789
13914169       EDI: WFNNB.COM May 26 2018 05:48:00      Cp/Bon Ton,    PO Box 182789,    Columbus, OH  43218-2789
14088694       EDI: BL-BECKET.COM May 26 2018 05:48:00      Kohl's,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
13986659       EDI: PRA.COM May 26 2018 05:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk VA  23541
13914803      +EDI: PRA.COM May 26 2018 05:48:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
13991974       EDI: Q3G.COM May 26 2018 05:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
14049985       EDI: DRIV.COM May 26 2018 05:48:00      Santander Consumer USA,    PO Box 961245,
               Fort Worth, TX  76161-0244
13914185       EDI: RMSC.COM May 26 2018 05:48:00      Syncb/Lowes,    Box 965005,    Orlando, FL  32896-5005
13914186       EDI: RMSC.COM May 26 2018 05:48:00      Syncb/Old Navy,    Box 965005,    Orlando, FL  32896-5005
13914187       EDI: RMSC.COM May 26 2018 05:48:00      Syncb/Tjx,    PO Box 965015,    Orlando, FL  32896-5015
13996204      +EDI: RMSC.COM May 26 2018 05:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13994548      +E-mail/Text: bncmail@w-legal.com May 26 2018 01:55:18      TD Bank USA, N.A.,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914188       EDI: WTRRNBANK.COM May 26 2018 05:48:00      TD Bank USA/Target Credit,    3701 Wayzata Blvd,
               Minneapolis, MN  55416-3401
13914171       EDI: USBANKARS.COM May 26 2018 05:48:00      Elan Financial Services,    777 E Wisconsin Ave,
               Milwaukee, WI  53202-5300
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: May 25, 2018
                              Form ID: 318             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13914172          EDI: USBANKARS.COM May 26 2018 05:48:00      Elan Financial Services,    PO Box 108 Box 108,
                   Saint Louis, MO  63166-0108
13967140          EDI: AIS.COM May 26 2018 05:48:00      Verizon,    by American InfoSource LP as agent,
                   PO Box 248838,   Oklahoma City, OK   73124-8838
                                                                                             TOTAL: 25

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2018 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Allen P Moyer feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Jolynn R Moyer feldmanfiling@rcn.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,  rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Allen P Moyer** | Social Security number or ITIN **xxx–xx–2251** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jolynn R Moyer** | Social Security number or ITIN **xxx–xx–4481** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **17–13240–ref**

# Order of Discharge                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Allen P Moyer                                    Jolynn R Moyer

5/25/18                                    **By the court:**   Richard E. Fehling
                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**